S.W.3d at 765; *Kelly,* 367 S.W.3d at 630. Points three and four are denied.

### III.  CONCLUSION

The trial court's judgment is affirmed.

Lawrence E. Mooney, J., and James M. Dowd, J., concur.

"stalking" under section 455.040 in that "there was no evidence that [Ms. Elledge–LeVota] initiated 'repeated' contact" with Ms. Lewis.  Because a published opinion would have no precedential value, a memorandum has been ·issued ·to the parties.

The judgment is affirmed. Rule 84.16(b).

**Anita G. LEWIS, Respondent,**

v.

**Gabrielle ELLEDGE–LEVOTA, Appellant.**

**WD 79147**

Missouri Court of Appeals, Western District.

Order filed: July 5, 2016

Anita G. Lewis, Respondent Pro-se.

James E. Brady, for Appellant.

Before Division Two:  Victor C. Howard, Presiding Judge, Thomas H. Newton, Judge and Karen King Mitchell, Judge

#### *ORDER*

PER CURIAM:

Gabrielle Elledge–LeVota appeals from the trial court's judgment issuing of a full order of protection against her in favor of Anita Lewis because she argues Ms. Lewis failed to prove the essential elements of

**STATE of Missouri, Respondent,**

v.

**Michael N. WERNEKE, Appellant.**

**WD 78740**

Missouri Court of Appeals, Western District.

Order filed: July 5, 2016

Nathan J. Aquino, for Respondent.

Ellen Flottman, for Appellant.

Before Division Two:  Victor C. Howard, Presiding Judge, Thomas H. Newton, Judge and Karen King Mitchell, Judge

#### *ORDER*

PER CURIAM:

Michael Werneke appeals his conviction following a jury trial for child molestation in the first degree, section 566.067, RSMo Cum. Supp. 2013, and sentence as a prior offender to thirty years imprisonment.  In his sole point on appeal, he contends that